AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DUBOIS, JAN E. | U.S.D.C., E.D., PA | 06/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE, U.S.D.C. | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

12613 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

*IMPORTANT NOTES:* The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 06/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | March 25, 2011 | New York City, New York | Annual Dinner | The Waldorf-Astoria (meals, garage and hotel) |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 06/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

# FINANCIAL DISCLOSURE REPORT
Page 4 of 8

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 10. General Electric Co. | D | Dividend | M | T | | | | | |
| 2. 58. Home Depot Inc. (5) IRA | B | Dividend | L | T | | | | | |
| 3. 59. Intel Corp. (5) IRA | C | Dividend | L | T | | | | | |
| 4. 69. Merck & Co. (5) (42) IRA | C | Dividend | M | T | | | | | |
| 5. 80. Emerson Electric Co. (9) | B | Dividend | L | T | | | | | |
| 6. 94. Wells Fargo (10) | A | Interest | J | T | | | | | |
| 7. 99. NCR Corporation (51) | | None | J | T | | | | | |
| 8. 102. CitiGroup (5) IRA | A | Dividend | K | T | | | | | |
| 9. 125. Citigroup(9)(35) | A | Dividend | J | T | | | | | |
| 10. 134. Oracle Corp. (5) IRA | A | Dividend | L | T | | | | | |
| 11. 137. Cisco Sys Inc. (5) IRA | A | Dividend | L | T | | | | | |
| 12. 152. Pfizer, Inc. (5) IRA | C | Dividend | L | T | | | | | |
| 13. 159. Medco Health Solutions, Inc. (5)(42) IRA | | None | J | T | | | | | |
| 14. 161. IShares MSCI Japan Index Fund (6) IRA | A | Dividend | | | Sold | 03/15/11 | K | | |
| 15. 162. Ishares MSCI EAFE Fund (6) IRA | B | Dividend | K | T | | | | | |
| 16. 163. Allscripts Healthcare Shs Inc. (6) IRA | | None | K | T | | | | | |
| 17. 165. BDP-Morgan Stanley Bank (47) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 166. Royal Dutch Shell PLC(43) | B | Dividend | K | T | | | | | |
| 19. 171. Royal Dutch Shell PLC(9)(44) | C | Dividend | L | T | | | | | |
| 20. 173. BDP Morgan Stanley Bank (48) | A | Interest | L | T | | | | | |
| 21. 182. Nuveen Global VLE Opport Fund | C | Dividend | K | T | | | | | |
| 22. 183. Eaton Van Tax MNGD GLBL (9) | C | Dividend | K | T | | | | | |
| 23. 184. Morgan Stanley Bank (9) (46) | A | Interest | K | T | | | | | |
| 24. 185. Nuveen Global VLE Opport Fund (9) | C | Dividend | K | T | | | | | |
| 25. 186. Morgan Stanley Bank | A | Interest | M | T | | | | | |
| 26. 188. Walgreen Co (5) IRA | B | Dividend | L | T | | | | | |
| 27. 189. Starbuck Corp. Washington (5) IRA | B | Dividend | L | T | Sold (part) | 11/04/11 | K | D | |
| 28. 191. MS Emerging Mkts Domestic Debt (9) | B | Dividend | K | T | | | | | |
| 29. 193. AT&T (50) | C | Dividend | L | T | | | | | |
| 30. 194. Teradata (51) | | None | J | T | | | | | |
| 31. 196. The Financial Sel Sect Spdr. FD (5) IRA | A | Dividend | | | Sold | 07/29/11 | K | | |
| 32. 197. Manitek Intl Inc. Com. (53) | | None | K | T | | | | | |
| 33. 198. Sirius XM Radio, Inc. (5) IRA (54) | | None | | | Sold | 05/11/11 | K | | |
| 34. 200. Blackrock Real Asset Equity (6) IRA | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  201. Blackrock GLBL OPP EQ TR (6) (55) IRA | B | Dividend | J | T | | | | | |
| 36.  202. Merge Healthcare, Inc. (6) | | None | J | T | Sold (part) | 10/26/11 | J | C | |
| 37.  203. Wisdom Tree Int'l Large CAP (DOL) (6) | B | Dividend | K | T | | | | | |
| 38.  204. Ishares MSCI Emerging Mkts FD(6) | A | Dividend | K | T | | | | | |
| 39.  205. Micron Tech Inc. (6) | | None | K | T | Buy | 01/31/11 | K | | |
| 40. | | | | | Buy (add'l) | 07/27/11 | K | | |
| 41.  206. Dow Chemical Co. (5) IRA | | None | L | T | Buy | 10/05/11 | K | | |
| 42.  207. Chesapeake Energy Corp. (5) IRA | A | Dividend | K | T | Buy | 06/29/11 | K | | |
| 43. | | | | | Buy (add'l) | 08/09/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DUBOIS, JAN E. | 06/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(5) (Lines 58, 59, 64, 69, 102, 106, 120, 132, 134, 136, 137, 151, 152, 177, 179, 188, 189, 196, 198, 206, 207) Securities in an IRA Account with Morgan Stanley.

(6) (Lines 161, 162, 163, 174. 201, 202, 203, 204, 205) Securities in　　　 IRA Account with Morgan Stanley.

(9) (Lines 80, 125, 171, 182, 183, 184, 185, 191) Securities in　　 Trust of which　　 is co-trustee and income beneficiary.

(10) (Line 94) Checking Account - First Union changed name to Wachovia. Wachovia changed name to Wells Fargo.

(35) (Line 125)　　 shares of Associates First Cap CP A exchanged for　　 shares Citigroup.

(36) (Line 139) Spin-off from Ford Motor Company.

(42) (Line 159) Stock dividend distributed to Merck & Co Shareholders (Line 69).

(43) (Line166)　　 shares of Royal Dutch Pete 2B exchanged for　　 shares of Royal Dutch Shell PLC.

(44) (Line 171)　　 shares of Royal Dutch Pete 2B exchanged for　　 shares of Royal Dutch Shell PLC.

(46) (Line 186) Conversion from Active Assets Account to Bank Deposit Program ("BDP") - Morgan Stanley Bank.

(47) (Line 165) Conversion from Active Assets Account to Bank Deposit Program ("BDP") - Morgan Stanley Bank.

(48) (Line 173) Conversion from Active Assets Account to Bank Deposit Program ("BDP") - Morgan Stanley Bank.

(50) (Line 193) AT&T acquired Bell South Corp.

(51) (Lines 99 and 194) Stock dividend distributed by NCR.

(53) (Line 197) Ver-Tek Int'l Corp., changed its name to Manitek Int'l Inc. Com.

(54) (Lines 179 and 198) XM Satellite Radio Hldg. CL A - changed its name to Sirius XM Radio, Inc.

(55) (Line 201) Exchanged　　 shares of Blackrock World Invest Trust stock for　　 shares of Blackrock Global Opportunity Equity Trust stock.

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 06/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAN E. DUBOIS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544